# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TERRY FULLER**, | Case No. 3:19-cv-01059-IM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **DEPARTMENT OF CORRECTIONS**, an agency of the State of Oregon, **ROBERT COOLEY**, **ANDREW HERNANDEZ**, **CORNELL CRUZE**, **ALICHA STEVENSON**, **JAMIE YOUNG**, and **DEREK MCCORKHILL**, | |
| Defendants. | |

Based upon stipulation of the parties that this case has been fully resolved and Plaintiff has agreed to voluntarily dismiss his lawsuit with prejudice, the parties agree that each party shall pay its own costs, fees, and attorney fees, and the parties stipulate that a General Judgment of Dismissal with Prejudice may be entered as to all parties and all claims.

**IT IS HEREBY ADJUDGED** that this case be dismissed with prejudice, and without fees or costs to any party.

DATED this 5th day of November, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – JUDGMENT